

INPUT DATA:
Signal Timing: Current Beaverton
Programmed Yellow Time: 3.5 s
Programmed All-Red Time: 0.5 s
Timing Error: 0.4 s (+0.1s / -0.3 s)
Critical Stopping Distance: 141 ft
Design Speed: 30 mph
Vehicle Speed: 30 mph
Vehicle Length: 20 ft

30 MPH VEHICLE Speed - Current Beaverton Yellow Change Interval - EB SW Allen Blvd, Beaverton

Scaled drawing showing vehicle stopping distances, interference(s), violation point(s) and errors related to intersection and traffic signals.

Exhibit A